So Ordered.

_____

Diane Davis
United States Bankruptcy Judge

Signed this 21 day of August, 2013.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
DRISCOLL, KIMBERLY M

Case No. 10-63328 DD

Chapter 7

Debtor(s).

ORDER ALLOWING COMPENSATION AND
REIMBURSEMENT OF EXPENSES

UPON THE HEARING before the Court on the 20th day of August, 2013 and after having reviewed and considered the Trustee's request for compensation pursuant to 11 U.S.C. § 326(a), the Attorney's for Trustee Application for Compensation, and all other applicants' requests for compensation as described in the body of this order, and having heard argument from those parties appearing as herein listed:

APPEARANCES

Chapter 7 Trustee, THOMAS PAUL HUGHES                ;
(name)

Attorney(s) for Chapter 7 Trustee, _____;
(individual or firm)

List all other professionals having applications heard, and the individuals or entities appearing therefore;

_____

(Identify)

and the Court having found that service is deemed sufficient, and after due deliberation, it is

ORDERED that the trustee's compensation and expenses are allowed and approved in the following amounts;

| | |
|---|---|
| Trustee Compensation [11 U.S.C. § 326(a)] | $ 448.21 |
| Expenses | $ 28.00 |

Attorney for Trustee Compensation [11 U.S.C. § 330(a)(1)]

| | |
|---|---|
| _____, (Individual or Firm) | $ _____ |
| Expenses | $ _____ |

and it is further,

ORDERED that other chapter 7 professional fees and expenses are allowed and approved in the following amounts;

_____ (Identify)   $ _____

and it is further,

ORDERED that chapter 11 professional fees and expenses for services rendered during the debtor in possession period as referenced in the application are allowed and approved in the following amounts;

_____ (Identify)   $ _____

and it is further,

        ORDERED that the trustee shall not make payment of the fees and expenses awarded herein, until fourteen days after entry of this order on the official court docket and the determination that no appeal has been filed.

Prepared and Presented,

      /s/ Thomas Paul Hughes

      THOMAS PAUL HUGHES, Trustee
      Date: August 20, 2013

###

(rev. 05/01/09)